```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION


NEIL EDWIN WILSON,             :

        Plaintiff,             :

    v.                         :      Case No. 2:10-cv-0087

COMMISSIONER OF SOCIAL SECURITY,:     Judge Holschuh
                                      Magistrate Judge Kemp
        Defendant.             :
```

### ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on November 5, 2010.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  The plaintiff's statement of errors (#8) is **OVERRULED.**  The Clerk is directed to enter judgment in favor of the defendant Commissioner of Social Security.

                        **IT IS SO ORDERED.**

Date: Decmeber 9, 2010                **/s/ John D. Holschuh**
                                      John D. Holschuh, Judge
                                      United States District Court